ANDERSON ET AL. *v.* GEORGIA.

No. 329, Misc.   Decided March 4, 1968.

*Jack Greenberg, Charles Stephen Ralston* and *Michael Meltsner* for petitioners.

*Arthur K. Bolton,* Attorney General of Georgia, *G. Ernest Tidwell,* Executive Assistant Attorney General, and *Marion O. Gordon,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgments of the Supreme Court of Georgia are reversed. *Whitus* v. *Georgia,* 385 U. S. 545.

MR. JUSTICE HARLAN would set the case for plenary consideration.